## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**FREDERICK GRIFFIN**  **PLAINTIFF**

VS.  CAUSE NO. 20-759

**WAL-MART STORES EAST, LP;**
**AND JOHN AND JANE DOES 1-4**  **DEFENDANTS**

### COMPLAINT
### (JURY TRIAL DEMANDED)

**COMES NOW** the Plaintiff Frederick Griffin (hereinafter "Plaintiff" or "Griffin") by and through Counsel, and files this action against the Defendants, Wal-Mart Stores East LP (hereinafter "Defendant" or "Wal-Mart"), and John and Jane Does 1 – 4, collectively "Defendants". In support thereof, Plaintiff would show unto this Honorable Court the following to wit:

### PARTIES

1. Plaintiff Frederick Griffin is a resident citizen of Hinds County, residing at 330 Sylvan Trail Jackson, Mississippi 39209.

2. The Defendant, Wal-Mart Stores East, LP is a foreign corporation qualified to do business in the State of Mississippi and may be served with process of this Court through its registered agent, CT Corporation System at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232. Wal-Mart Stores East, LP is doing business as Wal-Mart, store #1710, 950 Highway 80 E, Clinton, Mississippi 39056.

3. The true names and capacities, whether individual, corporate, associate or otherwise, of the John and Jane Doe Defendants 1-4 are currently unknown to Plaintiff Griffin who therefore brings suit against these Defendants by such fictitious names. Upon information and belief, each of the fictitiously named Defendants were negligent or otherwise legally responsible



**EXHIBIT A**

in some other actionable manner for the events and happenings referred to in this Complaint, and that Plaintiff's injuries and damages as alleged were caused by that negligent or wrongful conduct. Plaintiff will seek leave of Court to amend this Complaint and state the true names and/or capacities of the John and Jane Doe 1-4 Defendants when the same have been ascertained.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this Complaint pursuant to Mississippi Code Annotated §9-7-81; and personal jurisdiction over the parties because, among other things, the tortious acts and omissions of Defendants were committed against Plaintiff in whole or in part in Hinds County, Mississippi, and this suit results from injuries arising out of and/or relating to those tortious acts and omissions.

5. Venue is proper in Hinds County pursuant to Mississippi Code Annotated §11-11-3 and Mississippi Rules of Civil Procedure 82 because, among other things, the tortious acts and omissions of Defendants giving rise to this action occurred and/or were committed in Hinds County, Mississippi.

## FACTS

6. Plaintiff Griffin adopts and herein incorporates by reference each and every allegation as set forth above.

7. At all times mentioned in this Complaint, the Defendants, Wal-Mart Stores East, LP and John and Jane Doe Defendants 1 - 4, and each of them, owned, leased, rented, occupied, possessed, designed, constructed, developed, operated, inspected, repaired, maintained, managed, controlled, supervised, permitted and/or were employed at Wal-Mart, store #1710, 950 Highway 80 E, Clinton, Mississippi 39056. At all times mentioned herein, Plaintiff was lawfully on the premises and was unable to foresee or prevent the impending injury.

8. At all times mentioned herein, Wal-Mart invited the general public, including

2

Plaintiff Griffin, to enter the premises of Wal-Mart, store #1710, 950 Highway 80 E, Clinton, Mississippi 39056 for reasons mutually advantageous to Wal-Mart and Plaintiff.

9.  On or about June 20, 2019 Plaintiff was an invitee of Wal-Mart, store #1710, 950 Highway 80 E, Clinton, Mississippi 39056.

10. As an invitee, Wal-Mart owed Plaintiff a duty to keep the premises in a reasonably safe condition and, when and where not reasonably safe, to warn of hidden dangers.

11. At the above-mentioned time and place, Plaintiff was riding/utilizing an electrical mobility scooter provided by Defendant inside the premises of Wal-Mart and proceeded to exit the store via the security entry/exit area gates. Upon reaching the security entry/exit gates, Plaintiff attempted to proceed when, the gates malfunctioned and/or improperly closed thereby slamming into Plaintiff's body. Wal-Mart negligently failed to maintain the security entry/exit gates and failed to take reasonable measures to prevent foreseeable safety hazards. Plaintiff was not aware of the above-referenced dangerous condition caused by Wal-Mart.

12. The Defendant was on notice of the dangers; more specifically knew or should have known of the existence of this condition which was not reasonably safe and failed to either remedy the condition, warn thereof, or properly inspect the security entry/exit gates, on a reasonable and timely basis. The security entry/exit gates, which constituted a dangerous condition, was not open and obvious to Plaintiff. Moreover, Wal-Mart failed to warn Plaintiff of this dangerous condition, in turn proximately causing Plaintiff to sustain injuries.

13. Wal-Mart's failure to exercise reasonable care and take reasonable safety precautions or measures to prevent foreseeable harm and danger, including the harm suffered by Plaintiff, constituted a breach of the duty owed to Plaintiff.

14. As a direct and proximate result of the dangerous condition caused by Wal-Mart's negligence, Plaintiff has sustained significant personal injury.

## **CAUSE OF ACTION**
**(Negligence/Premises Liability)**

15. All of the averments contained in paragraphs 1-14 are incorporated herein by reference as if fully set forth below.

16. Wal-Mart owed Plaintiff the duty of ordinary and reasonable care to keep the premises in a reasonably safe condition and when not reasonably safe, to warn of dangerous conditions not readily apparent, which Wal-Mart knew or should have known of in the exercise of reasonable care.

17. Further, Wal-Mart owed a duty to the public, including Plaintiff, to exercise reasonable care to provide a safe environment, to conduct regular and necessary upkeep of the security entry/exit gates, to provide safe ingress and egress to the store via security entry/exit gates, and/or to properly and timely inspect and repair dangerous and hazardous conditions caused by the security entry/exit gates. Wal-Mart was careless and negligent in the maintenance, inspection, and repair of the security entry/exit gates.

18. Wal-Mart was negligent in that it did not properly warn Plaintiff of the dangerous conditions then present upon the premises and did not properly inspect and maintain the area causing injury to Plaintiff. Wal-Mart knew, or in the exercise of reasonable care, should have known that Plaintiff would be subject to accident and injury from the unsafe conditions on the premises.

19. Plaintiff was without notice that said area was dangerous. Plaintiff used due care for his own safety as an invitee and patron of Wal-Mart's premises, and in no manner contributed to the accident.

20. Wal-Mart's acts and/or omissions constituted a departure from ordinary standards, amounted to negligence and said negligence was the proximate cause of Plaintiff's injuries, in the following nonexclusive particulars:

  (a.) Failure to use reasonable care in the inspection of the premises;

  (b.) Failure to use reasonable care to make the premises safe;

  (c.) Failure to warn of non-obvious hazards and inherent dangers to Plaintiff and others visiting the store owned by Wal-Mart;

  (d.) Failure to use reasonable care in the maintenance of the premises;

  (e.) Any and all negligence that may be shown at a trial on the merits.

21. But for the negligence of Wal-Mart in failing to properly maintain its premises, or warn of the dangers present, Plaintiff would not have been injured. Wal-Mart breached the above duties causing Plaintiff to suffer severe harm.

## DAMAGES

22. Plaintiff demands recovery of and from Wal-Mart for economic and non-economic damages to include:

  (a.) Physical injuries;

  (b.) Emotional and mental anguish and suffering;

  (c.) Loss of enjoyment of life;

  (d.) Economic losses, wages, loss of wage-earning capacity, and benefits;

  (e.) Past, present, and future medical and related expenses;

  (f.) Permanent impairment and loss of mobility;

  (g.) Permanent disability;

  (h.) Past, present, and future pain and suffering;

  (i.) Any and all other such damages recoverable under Mississippi law as may be proven at trial.

23. The negligence and above alleged acts and/or omissions of Wal-Mart were the proximate and/or contributing cause of Plaintiff's injuries and his damages.

5

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Frederick Griffin requests this Honorable Court award all damages available and as proven at trial, in an amount to be determined by a jury, reasonably believed to be in excess of this Court's jurisdictional minimum, exclusive of costs.

Respectfully submitted this the 2nd day of December, 2020.

**FREDERICK GRIFFIN, PLAINTIFF**

BY: SHIELDS GOODSON, PLLC

_____
WILLIAM G. SHIELDS (MSB# 104637)
Attorney for Plaintiff

Of Counsel:
Shields Goodson, PLLC
555 Tombigbee Street, Suite 100
Jackson, Mississippi 39201
Telephone No. (601) 427-9196

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2016)

Court Identification Docket #: 25 / 1 / 07    Case Year: 2020    Docket Number: 00759

Month/Date/Year: 12/07/20

In the **CIRCUIT** Court of **HINDS** County — **FIRST** Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff**
Individual: Griffin, Frederick
Last Name: Griffin   First Name: Frederick

Address of Plaintiff: 330 Sylvan Trail, Jackson, MS 39209
Attorney (Name & Address): William G. Shields 555 Tombigbee Street, Suite 100 Jackson, MS 39201    MS Bar No. 104637

Signature of Individual Filing: /s/ William G. Shields

**Defendant**
Business: WALMART Stores East, LP, DE

**Nature of Suit** (Place an "X" in one box only)

Torts:
[X] Premises Liability

**IN THE** CIRCUIT **COURT OF** HINDS **COUNTY, MISSISSIPPI**

FIRST **JUDICIAL DISTRICT, CITY OF** Jackson

Docket No. _____ - _____ _____
    File Yr     Chronological No.   Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of 2 Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** Doe _____ John _____ ( _____ ) _____ _____
    Last Name     First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** Doe _____ Jane _____ ( _____ ) _____ _____
    Last Name     First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** Doe _____ John _____ ( _____ ) _____ _____
    Last Name     First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE [CIRCUIT] COURT OF [HINDS] COUNTY, MISSISSIPPI
[FIRST] JUDICIAL DISTRICT, CITY OF Jackson

Docket No. _____-_____ _____
    File Yr    Chronological No.    Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE** - Page [2] of [2] Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Reset Form**

**Defendant # 5 :**
**Individual**: Doe , Jane ( _____ ) ___ ___
    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Defendant # ___ :**
**Individual**: _____ , _____ ( _____ ) ___ ___
    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

---

**Defendant # ___ :**
**Individual**: _____ , _____ ( _____ ) ___ ___
    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___